1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIE H. WILLIAMS,

11          Petitioner,                    No. CIV S-05-1222 GEB GGH P

12       vs.

13   DIRECTOR OF THE CALIFORNIA
     DEPARTMENT OF CORRECTIONS, et al.,

14
            Respondents.                   ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20   a request to proceed in forma pauperis or submit the appropriate filing fee.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1. Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in the dismissal of this action; and

25   /////

26   /////

1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2   pauperis form used by this district.

3   DATED:   7/13/05

4

5                                                           /s/ Gregory G. Hollows
                                                           _____
6                                                           GREGORY G. HOLLOWS
                                                           UNITED STATES MAGISTRATE JUDGE

7   GGH:bb
    will1222.101a
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26