IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**WILLIE H. WILLIAMS,**

Petitioner,

v.

**DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**

Respondent.

CIV S-05-1222 GEB GGH P

**ORDER**

Good cause appearing, Respondent's request for a sixty (60) day enlargement of time is granted. Therefore, the response to Petitioner's petition for writ of habeas corpus shall be filed no later than November 29, 2005.

**IT IS SO ORDERED.**

Dated: 10/5/05

/s/ Gregory G. Hollows

Magistrate Judge Gregory G. Hollows

will1222.po

Proposed Order