IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**WILLIE H. WILLIAMS,**

Petitioner,

v.

**DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**

Respondent.

CIV S-05-1222 GEB GGH P

**ORDER**

Respondent has requested a 14-day enlargement of time. This is respondent's third request for an extension of time. By order filed on October 5, 2005, petitioner was granted a 60-day extension of time; on December 12, 2005, respondent was granted a 45-day extension. Respondent's current request will be granted, but no further request will be favored. Respondent's response to the petition for writ of habeas corpus shall be filed no later than January 27, 2006.

**IT IS SO ORDERED.**

Dated: 1/23/06

/s/ Gregory G. Hollows
_____
Magistrate Judge Gregory G. Hollows

will1222.po3

Proposed Order