IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE H. WILLIAMS,

    Petitioner,        No. CIV S-05-1222 GEB GGH P

    vs.

DIRECTOR OF THE CALIFORNIA
DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.        <u>ORDER</u>

        /

        By his filing of March 15, 2006, petitioner has discharged the court's order of March 6, 2006. Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's filing of March 15, 2006 has discharged the March 6, 2006 order to show proof of having served respondent with notice of petitioner's change of address (filed on Feb. 13, 2006);

        2. Petitioner's March 24, 2006 request for an extension of time is granted; and

        3. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: 4/4/06

        /s/ Gregory G. Hollows

        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
will1222.111