IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE H. WILLIAMS,

    Petitioner,                    No. CIV S-05-1222 GEB GGH P

    vs.

DIRECTOR OF THE CALIFORNIA
DEPARTMENT OF CORRECTIONS, et al.,   <u>ORDER</u>

    Respondent.
_____/

    Respondent, in lodging records with the Answer, evidently failed to lodge any portion of the Clerk's Transcript from the criminal proceedings upon which the state relies in its Answer, or pertinent Reporter's Transcript. Respondent, forthwith, and in any event, within five *calendar* days, must *at a minimum* lodge those portions of the Clerk's Transcript and Reporter's Transcript cited or relied upon in the Answer.

    IT IS SO ORDERED.

DATED: 04/22/08                              /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
will1222.ord